

The following constitutes the order of the Court.
Signed: January 12, 2024

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

**MEYER LAW GROUP LLP**
  A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone:  (415) 765-1588
Facsimile:   (415) 762-5277
Email:        brent@meyerllp.com

[Proposed] Attorneys for Chapter 7 Trustee
JANINA M. HOSKINS

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re | BK Case No.: 23-41434-CN |
| ASHARFUN ANISHA HAFIZ-ALI, | Chapter 7 |
| Debtor. | **ORDER APPROVING APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF GENERAL BANKRUPTCY COUNSEL (MEYER LAW GROUP, LLP)** |

- 1 -

On January 10, 2024, Janina M. Hoskins, Chapter 7 Trustee (the "Trustee") filed an *Application for Order Authorizing Employment of General Bankruptcy Counsel (Meyer Law Group, LLP)* (the "Application") [Dkt. No. 24] in the above-captioned matter.

Upon due consideration, and for good cause shown, the Court hereby orders as follows:

1. The Application is **APPROVED** in its entirety.

2. Effective as of the date of the Application (January 10, 2024), the Trustee is authorized to employ Brent D. Meyer of Meyer Law Group LLP as general bankruptcy counsel on the terms and conditions set forth in the Application and supporting pleadings.

3. The right of Meyer Law Group LLP to recover professional fees and costs in this matter are subject to the *Guidelines for Compensation and Reimbursement of Professionals and Trustees* promulgated by this Court, and the Trustee shall not be required to remit any payment to Meyer Law Group LLP for professional fees or costs incurred since the date of the Application (January 10, 2024) without prior approval from this Court.

*** END OF ORDER ***

## COURT SERVICE LIST

None