Edward T. Weber, #194963
**LAW OFFICES OF EDWARD T. WEBER**
Post Office Box 9893
Fountain Valley, California 92728
Telephone: 657-235-8359
Fax: 714-459-7853
Email: ed@eweberlegal.com

Attorney for Secured Creditor

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In Re | ) Case No.: 23-41434 |
| | ) |
| Asharfun Anisha Hafiz-Ali, | ) *Chapter 7* |
| | ) |
| Debtor. | ) **REQUEST FOR SPECIAL NOTICE** |
| | ) |
| | ) |
| | ) |

**TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, DEBTOR'S ATTORNEY OF RECORD, IF ANY, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.**

Pursuant to Bankruptcy Rule 2002(g), secured creditor listed above hereby files this Request for Special Notice and requests that copies of all documents, notices, filings, and papers filed in this case be served on it and its counsel at the respective addresses set forth below, and further requests that pursuant to Bankruptcy Rule 2002(g), the following be added to the court's master mailing list:

|   |   |   |
|---|---|---|
| 1 | Edward T. Weber, Esq., #194963 | |
| 2 | **LAW OFFICES OF EDWARD T. WEBER** | |
|   | Post Office Box 9893 | |
| 3 | Fountain Valley, California 92728 | |
|   | Telephone: 657-235-8359 | |
| 4 | Fax: 714-459-7853 | |
|   | Email: ed@eweberlegal.com | |
| 5 | (attorney has consented to electronic service) | |

<br>

|   |   |   |
|---|---|---|
|   | | LAW OFFICES OF EDWARD T. WEBER |
|   | Dated: January 19, 2024 | By: /s/ Edward T. Weber |
|   | | Edward T. Weber, Esq. |
|   | | Attorneys for Secured Creditor |

-2-
REQUEST FOR SPECIAL NOTICE

| | |
|---|---|
| 1 | I, Theresa Blair, declare and state as follows: |
| 2 | I am over the age of eighteen years, employed in the County of Orange, State of |
| 3 | California, and not a party to the within action. My business address is: Post Office Box 9893, |
| 4 | Fountain Valley, CA 92728. |
| 5 | On January 19, 2024, I served the within: **REQUEST FOR NOTICE** on the parties in |
| 6 | said action by placing a true copy thereof enclosed in a sealed envelope addressed as follows: |

*Debtor – PRO SE*
**Asharfun Anisha Hafiz-Ali**
1160 Snyder Lane
Walnut Creek, CA 94598

*Trustee's Attorney*
**Brent D. Meyer**
**Meyer Law Group, LLP**
268 Bush St. #3639
San Francisco, CA 94104

*Trustee*
**Janina M. Hoskins**
P.O. Box 158
Middletown, CA 95461

By regular US Mail: I caused such envelope with postage fully prepaid to be placed in the United States Mail at Anaheim, California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: January 19, 2023

THERESA BLAIR

1
CERTIFICATE OF SERVICE