

The following constitutes the order of the Court.
Signed: February 6, 2024

_____
Charles Novack
U.S. Bankruptcy Judge

**MEYER LAW GROUP LLP**
  A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone:   (415) 765-1588
Facsimile:   (415) 762-5277
Email:       brent@meyerllp.com

Attorneys for Chapter 7 Trustee
JANINA M. HOSKINS

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re | BK Case No.: 23-41434-CN |
| ASHARFUN ANISHA HAFIZ-ALI,<br><br>Debtor. | Chapter 7<br><br>**ORDER APPROVING STIPULATION TO EXTEND DEADLINE FOR FILING AN ADVERSARY COMPLAINT TO OBJECT TO DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. §§ 707 AND 727**<br><br>Date:    [NO HEARING SCHEDULED]<br>Time:<br>Location:<br>Judge:   Honorable Charles Novack |

- 1 -

BK CASE NO. 23-41434-CN
ORDER APPROVING STIPULATION TO EXTEND DEADLINE FOR FILING AN ADVERSARY COMPLAINT TO OBJECT TO DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. §§ 707 AND 727

On February 6, 2024, Chapter 7 Trustee, Janina M. Hoskins ("Trustee") and debtor Asharfun Anisha Hafiz-Ali ("Debtor") jointly filed a *Stipulation to Extend Deadline for Filing an Adversary Complaint to Object to Debtors' Discharge Pursuant to 11 U.S.C. §§ 707 and 727* ("Stipulation") [Dkt. No. 28] in the above-captioned matter.

Upon due consideration, and for good cause shown, the Court hereby orders as follows:

(1) The Stipulation is **APPROVED** in its entirety.

(2) The deadline for Trustee, all creditors of the Estate and the Office of the United States Trustee to file an objection to Debtor's discharge pursuant to 11 U.S.C. §§ 707 and 727 shall be extended from February 6, 2024 to and including April 8, 2024. This extension applies to Trustee, all creditors of the Estate, and the Office of the United States Trustee.

**\*\*\* END OF ORDER \*\*\***

BK CASE NO. 23-41434-CN

- 2 -

ORDER APPROVING STIPULATION TO EXTEND DEADLINE FOR FILING AN ADVERSARY COMPLAINT TO OBJECT TO DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. §§ 707 AND 727

Case: 23-41434    Doc# 29    Filed: 02/06/24    Entered: 02/06/24 15:39:12    Page 2 of 3

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

## COURT SERVICE LIST

None

BK CASE NO. 23-41434-CN

- 3 -

ORDER APPROVING STIPULATION TO EXTEND DEADLINE FOR FILING AN ADVERSARY COMPLAINT TO OBJECT TO DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. §§ 707 AND 727

Case: 23-41434    Doc# 29    Filed: 02/06/24    Entered: 02/06/24 15:39:12    Page 3 of 3



MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com