Christina Goebelsmann, Assistant United States Trustee
State Bar No. 273379
Jared A. Day, Trial Attorney
State Bar No. 275687
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
450 Golden Gate Avenue, Room 05-0153
San Francisco, California 94102
Telephone: (775) 784-5530
Email: *jared.a.day@usdoj.gov*

Attorneys for United States Trustee
Tracy Hope Davis

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In Re:<br><br>ASHARFUN ANISHA HAFIZ-ALI,<br><br>                  Debtor(s). | Case No: 23-41434 CN<br>Chapter 7<br><br><br>Hearing Date: May 10, 2024<br>Hearing Time: 11:00 a.m. |

**UNITED STATES TRUSTEE'S MOTION TO ENLARGE TIME PERIODS
TO FILE MOTION TO DISMISS UNDER 11 U.S.C. § 707(b)(3) AND COMPLAINT
TO DENY DISCHARGE UNDER 11 U.S.C. § 727 TO JUNE 28, 2024**

Tracy Hope Davis, the United States Trustee for Region 17 ("UST"), by and through her undersigned counsel, hereby moves the Court for an order enlarging the periods to June 28, 2024, in which she may file a motion to dismiss under 11 U.S.C. § 707(b)(3) and a complaint objecting to discharge under 11 U.S.C. § 727 ("Motion").

The Motion is based upon the following points and authorities and the entire record in this case.

/ / /

# POINTS AND AUTHORITIES

## I.  Statement of Relevant Facts

1. On November 1, 2023, the Debtor Asharfun Anisha Hafiz-Ali ("Debtor") filed a voluntary chapter 7 bankruptcy petition. *See* ECF No. 1.

2. The first meeting of creditors under 11 U.S.C. § 341(a) was conducted on December 8, 2023, continued several times, and is presently continued to April 10, 2024. *See* ECF Docket *generally*.

3. The current extended deadlines for the UST to file a motion to dismiss under 11 U.S.C. § 707(b)(3) and a complaint objecting to discharge under 11 U.S.C. § 727 are April 8, 2024. *See* ECF Nos. 28 *and* 29.

## II.  Authorities & Discussion

4. A motion to dismiss pursuant to section 707(b)(3) must be filed not later than 60 days following the date first set for the meeting of creditors, unless, on request filed before such time has expired, the court for cause extends the time for filing the motion. *See* Fed. R. Bankr. P. 1017(e).

5. Similarly, Bankruptcy Rule 4004(a) provides that a complaint objecting to a debtor's discharge under section 727(a) must be filed not later than 60 days following the first date set for the meeting of creditors. The court may extend for cause the time for filing a complaint objecting to discharge so long as the motion is made before such time has expired. *See* Fed. R. Bankr. P. 4004(b).

6. Here, the Court previously entered an order extending the deadlines for the UST for file a motion to dismiss under 11 U.S.C. § 707(b)(3) and a complaint objecting to discharge under 11 U.S.C. § 727 to April 8, 2024. *See* ECF Nos. 28 *and* 29.

7.  Good cause exists to extend the time for the UST to move to dismiss this case under 11 U.S.C. § 707(b)(3) and/or object to discharge under 11 U.S.C. § 727, because the UST has appeared for the section 341(a) meeting to question the Debtor, and the UST has not concluded her investigation of this case.

8.  An extension of time is needed to allow the UST to complete her review of the social security numbers utilized by the Debtor in her prior bankruptcy filings and to allow the UST to further examine the Debtor during the continued meeting of creditors (and by way of a Fed. R. Bankr. P. 2004 examination, if determined to be appropriate).

## **CONCLUSION**

WHEREFORE, it is respectfully requested that the Court grant this Motion enlarging the periods to June 28, 2024, in which the UST may file a motion to dismiss under 11 U.S.C. § 707(b)(3) and/or a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727 and for such other and further relief as the Court deems appropriate.

Dated: April 8, 2024　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　TRACY HOPE DAVIS
　　　　　　　　　　　　　　　　　　　　　UNITED STATES TRUSTEE

　　　　　　　　　　　　　　　　　By:　　*/s/ Jared A. Day*
　　　　　　　　　　　　　　　　　　　　　Jared A. Day
　　　　　　　　　　　　　　　　　　　　　Trial Attorney for United States Trustee