Christina Goebelsmann, Assistant United States Trustee
State Bar No. 273379
Jared A. Day, Trial Attorney
State Bar No. 275687
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
450 Golden Gate Avenue, Room 05-0153
San Francisco, California 94102
Telephone: (775) 784-5530
Email: *jared.a.day@usdoj.gov*

Attorneys for United States Trustee
Tracy Hope Davis

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In Re: ) | Case No: 23-41434 CN |
| ) | Chapter 7 |
| ASHARFUN ANISHA HAFIZ-ALI, ) | |
| ) | |
| ) | |
| Debtor(s). ) | |
| ) | Hearing Date: May 10, 2024 |
| ) | Hearing Time: 11:00 a.m. |
| ) | |

**NOTICE OF HEARING ON UNITED STATES TRUSTEE'S MOTION TO ENLARGE TIME PERIODS TO FILE MOTION TO DISMISS UNDER 11 U.S.C. § 707(b)(3) AND COMPLAINT TO DENY DISCHARGE UNDER 11 U.S.C. § 727 TO JUNE 28, 2024**

    **PLEASE TAKE NOTICE** that a hearing will be held on **May 10, 2024, at 11:00 a.m.**, before the **Honorable Charles Novack via In-person (Ctrm. 220) or by Zoom Tele/Videoconference**, on the United States Trustee's *Motion to Enlarge Time Periods to File Motion to Dismiss Under 11 U.S.C. § 707(b)(3) and Complaint to Deny Discharge Under 11 U.S.C. § 727 to June 28, 2024* (the "Motion").

    The Motion is based upon the notice of hearing, memorandum points and authorities, the pleadings, orders, and other documents on file in this case, and upon such evidence as may be presented to the Court at the hearing on the Motion. You may obtain a copy of the Motion, the memorandum in support, and accompanying declarations from the Court's docket on the PACER system or by contacting the undersigned.

    **PLEASE TAKE FURTHER NOTICE** of Judge Novack's Practice and Procedures for In-Person Hearings: (1) counsel, parties, and other interested parties may attend the hearing in person or by Zoom Webinar/AT&T Teleconference; (2) additional information on how to attend

1

a hearing by Zoom video or conference can be found on Judge Novack's Procedures page on the court's website under "Procedures for Noticing and Conducting Hearings Assigned to Judge Charles Novack in the Oakland Division United States Bankruptcy Court for the Northern Distrct of California (Effective September 22, 2023."

    The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

> **A RESPONSE, IF ANY, TO THE MOTION SHALL BE MADE IN WRITING AND SERVED UPON THE UNITED STATES TRUSTEE, AND FILED WITH THE BANKRUPTCY COURT, AT LEAST FOURTEEN (14) DAYS PRIOR TO THE HEARING DATE PURSUANT TO B.L.R. 9014-1(C)(1).**

Dated: April 8, 2024                    Respectfully submitted,

                                        TRACY HOPE DAVIS
                                        UNITED STATES TRUSTEE

                        By:    */s/ Jared A. Day*
                                Jared A. Day
                                Trial Attorney for United States Trustee