United States Bankruptcy Court

Northern District of California

In re: Case No. 23-41434-CN
Asharfun Anisha Hafiz-Ali Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-4     User: admin     Page 1 of 2
Date Rcvd: May 22, 2024     Form ID: pdfeoc     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Asharfun Anisha Hafiz-Ali, 1160 Snyder Lane, Walnut Creek, CA 94598-4417 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 23 2024 00:08:28 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent D. Meyer | on behalf of Trustee Janina M. Hoskins brent@meyerllp.com |
| Edward T. Weber | on behalf of Interested Party LAW OFFICES OF EDWARD T. WEBER ed@eweberlegal.com |
| Janina M. Hoskins | jmelder7@aol.com Ca80@ecfcbis.com |
| Jared A. Day | |

on behalf of U.S. Trustee Office of the U.S. Trustee/Oak jared.a.day@usdoj.gov

Office of the U.S. Trustee/Oak

USTPRegion17.OA.ECF@usdoj.gov

TOTAL: 5

Entered on Docket
May 22, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**The following constitutes the order of the Court.
Signed: May 21, 2024**

_____
**Charles Novack
U.S. Bankruptcy Judge**

Christina Goebelsmann, Assistant United States Trustee
State Bar No. 273379
Jared A. Day, Trial Attorney
State Bar No. 275687
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
450 Golden Gate Avenue, Room 05-0153
San Francisco, California 94102
Telephone: (775) 784-5530
Email: jared.a.day@usdoj.gov

Attorneys for United States Trustee
Tracy Hope Davis

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| In Re: ) | Case No: 23-41434 CN |
| ) | Chapter 7 |
| ASHARFUN ANISHA HAFIZ-ALI, ) | |
| ) | |
| ) | |
| Debtor(s). ) | |
| ) | Hearing Date: May 10, 2024 |
| ) | Hearing Time: 11:00 a.m. |
| ) | |

**ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO ENLARGE TIME PERIODS TO FILE MOTION TO DISMISS UNDER 11 U.S.C. § 707(b)(3) AND COMPLAINT TO DENY DISCHARGE UNDER 11 U.S.C. § 727 TO JUNE 28, 2024**

The United States Trustee's *Motion to Enlarge Time Periods to File Motion to Dismiss under 11 U.S.C. § 707(b)(3) and Complaint to Deny Discharge under 11 U.S.C. § 727 to June 28, 2024* ("Motion") came on for hearing after proper notice at the above-stated date and time. *See* ECF No. 30. No oppositions or other responses to the Motion were filed. *See* ECF Docket *generally*. Appearances were noted on the record. The Court having reviewed the Motion, considered the arguments presented by the United States Trustee, and for the reasons recited on the record,

IT IS HEREBY ORDERED that the United States Trustee's Motion is granted;

1

IT IS HEREBY FURTHER ORDERED that the deadline for the United States Trustee to file a motion to dismiss under 11 U.S.C. § 707(b)(3) is extended to and including June 28, 2024; and

IT IS HEREBY FURTHER ORDERED that the deadline for the United States Trustee to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727 is extended to and including June 28, 2024.

**\*\*END OF ORDER\*\***

<u>COURT SERVICE LIST</u>

All ECF Participants

Asharfun Anisha Hafiz-Ali
1160 Snyder Lane
Walnut Creek, CA 94598

Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

3

Case: 23-41434    Doc# 38    Filed: 05/24/24    Entered: 05/24/24 21:17:08    Page 5 of 5