JANINA M. HOSKINS
P.O. Box 158
Middletown, CA 95461
Telephone: (707) 483-2910

CHAPTER 7 TRUSTEE

UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | Case No. 23-41434 |
| ASHARFUN ANISHA HAFIZ-ALI, | ) | Chapter 7 |
| Debtor. | ) | |

**<u>FORM 1 COVER SHEET</u>**

Attached hereto as Exhibit "A," is a true and correct copy of Form 1 for the case of Asharfun Anisha Hafiz-Ali. No funds were received or administered by the Estate.

Dated: July 15, 2024            /S/    Janina M. Hoskins
                                             JANINA M. HOSKINS, TRUSTEE

FORM 1 COVER SHEET

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case No.: 23-41434
Case Name: ASHARFUN ANISHA HAFIZ-ALI
For Period Ending: 07/15/2024

Trustee Name: (007880) Janina M. Hoskins
Date Filed (f) or Converted (c): 11/01/2023 (f)
§ 341(a) Meeting Date: 12/08/2023
Claims Bar Date: 04/11/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1160 Snyder Ln, Walnut Creek, CA 94598, Contra Costa County<br>No mortgage payments in 5+ years- no value to Estate | 2,000,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2020 Toyota Camry, 180,000 miles | 17,000.00 | 0.00 | | 0.00 | FA |
| 3 | Furniture | 5,000.00 | 0.00 | | 0.00 | FA |
| 4 | Computer | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Clothes | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Cash<br>Insufficient value to administer | 500.00 | 500.00 | | 0.00 | FA |
| 8 | Checking account: Pacific Service Credit Union<br>Insufficient value to administer | 200.00 | 200.00 | | 0.00 | FA |
| 9* | Deutsche IPN ($2,847,119.00) (See Footnote) | 2,847,119.00 | 0.00 | | 0.00 | FA |
| 10 | 1020 Irene Street, Stockton, CA  (u)<br>Liens, costs of sale (tenants occupied) no value to estate | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Assets       Totals      (Excluding unknown values) | $4,873,319.00 | $700.00 | | $0.00 | $0.00 |

RE PROP# 9     Mortgage debt against primary residence- NOT AN ASSET

Case: 23-41434    Doc# 41    Filed: 07/15/24    Entered: 07/15/24 10:58:38    Page 2 of 3

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

**Case No.:** 23-41434  
**Case Name:** ASHARFUN ANISHA HAFIZ-ALI  

**Trustee Name:** (007880) Janina M. Hoskins  
**Date Filed (f) or Converted (c):** 11/01/2023 (f)  
**§ 341(a) Meeting Date:** 12/08/2023  

**For Period Ending:** 07/15/2024  
**Claims Bar Date:** 04/11/2024  

**Major Activities Affecting Case Closing:**

11/2/23- jmh case review, skeletal, task fu  
11/9/23- send pro se ltr via fcm  
12/4/23- schedules sofa review, RP review, confirm debt,  
1/9/24- file claims bar date request  
1/29/24- refer case to UST  
4/1/24- ongoing MOC- update Form 1 as tardy case and reporting requirement, review values re undisclosed Stockton RP- task fu  
5/6/24- call continued 341 - no appearance, confirm questions on Pro Se Statement asked under penalty of perjury at prior MOC- CONCLUDE and NDR  
4/15/24- Pending 341 examination, referral to UST re false social security number and false schedules/sofa- pending UST investigation : enter as asset case due to ongoing MOC with EFTR date  

**Initial Projected Date Of Final Report (TFR):** 06/30/2024  
**Current Projected Date Of Final Report (TFR):** 06/30/2024